Case No. 14-1590

In the
UNITED STATES COURT OF APPEALS
for the
THIRD CIRCUIT

GIVAUDAN FRAGRANCES CORPORATION,

*Plaintiff-Appellant*,

v.

JAMES KRIVDA and MANE USA, INC.,

*Defendants-Appellees*.

Appeal from a Final Judgment of the United States District Court
of the District of New Jersey, No. 3-08-cv-04409

**REPLY TO OPPOSITION OF APPELLES MANE USA AND JAMES KRIVDA TO APPELLANT GIVAUDAN FRAGRANCES CORPORATION'S MOTION TO FILE OPENING BRIEF AND APPENDIX**

Elliot H. Scherker
Greenberg Traurig, P.A.
Wells Fargo Center, Suite 4400
333 Southeast Second Avenue
Miami, Florida 33131

David Leichtman
Robins Kaplan LLP
601 Lexington Avenue, Suite 3400
New York, New York 10022

Wendy Johnson Lario
Greenberg Traurig, LLP
200 Park Avenue
Florham Park, New Jersey 07932

Eric J. Magnuson
Robins Kaplan LLP
2800 LaSalle Court
800 LaSalle Avenue
Minneapolis, Minnesota 55402

*Counsel for Givaudan Fragrances Corporation*

Appellant Givaudan Fragrances Corp. (Givaudan), files this reply to the Opposition of Appellees Mane USA, Inc., and James Krivda to Givaudan's request for a 14-day extension of time for its opening brief and appendix.

1. The attached declaration of Robert L. Pincu, Senior Appellate Counsel for Counsel Press, which is providing printing and appendix-assembly services to Givaudan, addresses all of the circumstances that have led to this last request for additional time, and fully refutes Appellees' baseless implications of inappropriate conduct.

2. Givaudan's counsel has this morning authorized Counsel Press to make available the current draft version of the entire appendix to Appellees' counsel for their review.

3. Appellees' response fails to identify any potential prejudice to Appellees from this short extension of time, and indeed there is no such prejudice. To the contrary, a carefully prepared appendix will serve the interests of both parties and the Court.

4. Appellees' agreement to an extension through February 16, 2015, leaves a total of 11 days at issue between the parties, and establishes that no prejudice is accruing to Appellees from Givaudan's efforts to prepare a proper appendix, convert citations in the brief to comply with this Court's rules, safeguard sealed items, and prepare a redacted brief for public filing.

5. Appellees' suggestion that dismissal should be considered fails to invoke, much less to satisfy, the requirements of this Court's Local Appellate Rule

107.2.  Givaudan is attempting, in good faith, to comply with its obligations under Federal Rule of Appellate Procedure 30(a)-(b).

|  |  |
|---|---|
|  | Respectfully submitted, |
| Wendy Johnson Lario<br>Greenberg Traurig, LLP<br>200 Park Avenue<br>Florham Park, New Jersey 07932<br>Telephone:  973-360-7900<br>Facsimile:  973-301-8410<br>Lariow@gtlaw.com | Elliot H. Scherker<br>Greenberg Traurig, P.A.<br>Wells Fargo Center, Suite 4400<br>333 Southeast Second Avenue<br>Miami, Florida 33131<br>Telephone:  305-579-0500<br>Facsimile:  305-579-0717<br>scherkere@gtlaw.com |
| Eric J. Magnuson<br>Robins Kaplan LLP<br>2800 LaSalle Court<br>800 LaSalle Avenue<br>Minneapolis, Minnesota 55402<br>Telephone:  612-349-8548<br>Facsimile:  612-339-4181<br>ejmagnuson@robinskaplan.com | By:_____/s/ Elliot H. Scherker_____<br>          Elliot H. Scherker |
| David Leichtman<br>Robins Kaplan LLP<br>601 Lexington Avenue \| Suite 3400 \|<br>New York, NY 10022<br>Telephone:  212-980-7401<br>Facsimile:  212-980-7499<br>dleichtman@robinskaplan.com |  |

*Counsel for Givaudan Fragrances Corporation*

Dated:  February 12, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of February, 2015, the foregoing reply was served via ECF on all counsel of record

/s/ Elliot H. Scherker<br>Elliot H. Scherker